■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS GREY, Also Known as CURTIS GRAY, Appellant. [636 NYS2d 689] —Judgment unanimously affirmed. Memorandum: Supreme Court's reasonable doubt charge conveyed the proper standard to the jury *(see, People v Hill,* 154 AD2d 887, *lv denied* 75 NY2d 813). Defendant's sentence is neither unduly harsh nor severe, and we decline to exercise our power to modify it as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [b]). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Criminal Possession Stolen Property, 3rd Degree.) Present—Green, J. P., Lawton, Fallon, Callahan and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS PEACOCK, Appellant. [636 NYS2d 693] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Egan, J.—Criminal Sale Controlled Substance, 1st Degree.) Present—Green, J. P., Lawton, Fallon, Callahan and Doerr, JJ.